**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 31 MAL 2023
:
Respondent  :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.  :
:
:
BRYON GERALD RUTE,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.